CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/ *Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DANA MARLENE BRADLEY, Plaintiff, v. NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, MEDICAL SALES MANAGEMENT, INC., and BARRY J. CADDEN, Defendants. | CIVIL ACTION NO.: 7:12-cv-00606 |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendant Medical Sales Management, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant Medical Sales Management, Inc. hereby must answer or otherwise move with respect to Plaintiff's Complaint by March 1, 2013.

**ENTER**: January 24, 2013.

/s/ Samuel G. Wilson
Samuel G. Wilson
United States District Court