CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DANA MARLENE BRADLEY,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER,<br><br>MEDICAL SALES MANAGEMENT, INC.,<br><br>and<br><br>BARRY J. CADDEN,<br><br>Defendants. | CIVIL ACTION NO.: 7:12-cv-00606 |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendant, Barry J. Cadden's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant Barry J. Cadden hereby must answer or otherwise move with respect to Plaintiff's Complaint by April 8, 2013.

**ENTER:** February 7, 2013.

Samuel G. Wilson
United States District Judge